AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Inman, Dennis H. | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>09/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

James H. Quillen U.S.Courthous
220 West Depot St., Suite 306
Greeneville, Tennessee 37743

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (uncompensated and no personal control of assets) | Boys and Girls Club, Morristown, Inc. |
| 2. | Trustee (uncompensated) | Trust #1 (See Section VII, Lines 198-281) |
| 3. | Trustee (uncompensated) | Boys & Girls Club Foundation of Morristown, Inc. |
| 4. | Executor | Estate (See Section VII, Lines 282-300) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2012 | State of Tennesssee Retirement Benefit | $20,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank, Morristown, TN checking acct | A | Interest | K | T | | | | | |
| 2. Regions Bank, Morristown, Savings Acct | A | Interest | K | T | | | | | |
| 3. Rental House, Hamblen County, Tenn | C | Rent | J | W | | | | | |
| 4. MetLife Variable Annuity IRA - MetGrowth Strategies | | None | M | T | | | | | |
| 5. Fidelity Adviser Series VII - mutual fund | B | Dividend | K | T | | | | | |
| 6. MetLife Variable Annuity - MetGrowth Strateegies | | None | L | T | | | | | |
| 7. MetLife Variable Annuity - SSGA Growth Inc ETF | | None | J | T | | | | | |
| 8. MetLife Variable Annuity - Met Balanced Strategies | | None | M | T | | | | | |
| 9. MetLife Var. Ann.     IRA | | None | L | T | | | | | |
| 10. MetLife Vari. Anuitiy IRA - Met Balanced Strategies | | None | J | T | | | | | |
| 11. Wells Fargo Bank Money Mrkts | A | Interest | J | T | | | | | |
| 12. Wells Fargo Bank Money Mrkts | A | Interest | L | T | | | | | |
| 13. Fidelity Adviser Series VII mutual fund | B | Dividend | K | T | | | | | |
| 14. Mutual Fund: Amer. Fnds Balanced 529 | A | Dividend | L | T | | | | | |
| 15. Mutual Fund: Amer. Fnds Cap Inc Bldr 529 | B | Dividend | K | T | | | | | |
| 16. Mutual Fund: Amer. Fnds Fndmntl Inv 529 | A | Dividend | K | T | | | | | |
| 17. M/F: Amer Fnds Grwth Fnd of Amer 529 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. M/F: Amer Fnds Invstmnt Co of Amer 529 | A | Dividend | J | T | | | | | |
| 19. M/F: Amer. Fnds Cap Wrld Grwth 529 | A | Dividend | J | T | | | | | |
| 20. M/F: Amer Fnds Small Cap Wrld Gwth 529 | A | Dividend | K | T | | | | | |
| 21. M/F: Amer. Fnds Mutual Invs. Fnd 529 | A | Dividend | K | T | | | | | |
| 22. AQR - Managed Futures Strategy | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 23. AQR - Managed Futures Strategy | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 24. AQR - Managed Futures Strategy | A | Dividend | J | | Buy (add'l) | 12/17/12 | J | | |
| 25. AQR - Managed Futures Strategy | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 26. Arbitrage Fund CL I | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 27. Arbitrage Fund CL I | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 28. Arbitrage Fund CL I | A | Dividend | J | | Sold (part) | 09/12/12 | J | | |
| 29. FMI Funds Focus Fund | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 30. FMI Funds Focus Fund | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 31. FMI Funds Focus Fund | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 32. Goldman - Sachs Final Square | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 33. Goldman - Sachs Final Square | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 34. Goldman - Sachs Final Square | A | Dividend | J | T | Buy (add'l) | 09/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman - Sachs Final Square | A | Dividend | J | | Sold (part) | 08/17/12 | J | | |
| 36. Goldman - Sachs Final Square | A | Dividend | J | | Sold (part) | 10/12/12 | J | | |
| 37. Harbor Fund CAP Appreciation Fund | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 38. Harbor Fund CAP Appreciation Fund | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 39. Harbor Fund CAP Appreciation Fund | A | Dividend | J | | Buy (add'l) | 09/13/12 | J | | |
| 40. Harbor Fund CAP Appreciation Fund | A | Dividend | J | | Buy (add'l) | 12/18/12 | J | | |
| 41. Harbor Fund CAP Appreciation Fund | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 42. Heartland Value Plus | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 43. Heartland Value Plus | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 44. Heartland Value Plus | A | Dividend | J | | Buy (add'l) | 12/28/12 | J | | |
| 45. Heartland Value Plus | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 46. JP Morgan - Intrepid Value | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 47. JP Morgan - Intrepid Value | A | Dividend | | | Buy (add'l) | 07/31/12 | J | | |
| 48. JP Morgan - Intrepid Value | A | Dividend | | | Buy (add'l) | 10/01/12 | J | | |
| 49. JP Morgan - Intrepid Value | A | Dividend | | | Buy (add'l) | 12/19/12 | J | | |
| 50. JP Morgan - Intrepid Value | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 51. JP Morgan - Research Market Neutral | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan - Research Market Neutral | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 53. JP Morgan - Research Market Neutral | A | Dividend | J | | Sold (part) | 09/12/12 | J | | |
| 54. Oppenheimer Dev Markets | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 55. Oppenheimer Dev Markets | A | Dividend | | | Buy (add'l) | 07/31/12 | J | | |
| 56. Oppenheimer Dev Markets | A | Dividend | | | Buy (add'l) | 12/10/12 | J | | |
| 57. Oppenheimer Dev Markets | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 58. Oppenheimer Intl | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 59. Oppenheimer Intl | A | Dividend | | | Buy (add'l) | 07/31/12 | J | | |
| 60. Oppenheimer Intl | A | Dividend | | | Buy (add'l) | 09/04/12 | J | | |
| 61. Oppenheimer Intl | A | Dividend | | | Buy (add'l) | 10/01/12 | J | | |
| 62. Oppenheimer Intl | A | Dividend | | | Buy (add'l) | 11/01/12 | J | | |
| 63. Oppenheimer Intl | A | Dividend | | | Buy (add'l) | 12/03/12 | J | | |
| 64. Oppenheimer Intl | A | Dividend | | | Buy (add'l) | 12/31/12 | J | | |
| 65. Oppenheimer Intl | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 66. RS Invt Value FD | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 67. RS Invt Value FD | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 68. RS Invt Value FD | A | Dividend | J | | Sold (part) | 09/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Russell - Global Infrastructure | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 70. Russell - Global Opportunistic | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 71. Russell - Global Opportunistic | A | Dividend | J | | Sold (part) | 07/30/12 | J | | |
| 72. Russell - Global Real Estate | A | Dividend | J | T | Sold (part) | 4/13/12 | J | | |
| 73. Russell - Global Real Estate | A | Dividend | J | T | Sold (part) | 07/13/12 | J | | |
| 74. Russell - Global Real Estate | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 75. Russell - Strategic Bond | A | Dividend | J | T | Sold (part) | 01/12/12 | J | | |
| 76. Russell - Strategic Bond | A | Dividend | J | | Sold (part) | 04/13/12 | J | | |
| 77. Russell - Strategic Bond | A | Dividend | J | | Sold (part) | 07/13/12 | J | | |
| 78. Russell - Strategic Bond | A | Dividend | J | | Sold (part) | 07/30/12 | J | | |
| 79. Russell - US Core Equity | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 80. Mutual Fund: Russell US quant Eqty | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 81. TCW - Small Cap Growth | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 82. TCW - Small Cap Growth | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 83. TCW - Small Cap Growth | A | Dividend | J | | Sold (part) | 09/12/12 | J | | |
| 84. Turner - Spectrum | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 85. Turner - Spectrum | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Turner - Spectrum | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 87. Russell - Emerging Mkts | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 88. Russell - Global Eqty | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 89. Russell - Intl Developed | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 90. Russell - Commodity Strategies | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 91. Russell - US Small Cap | A | Dividend | | | Sold | 07/30/12 | J | | |
| 92. Artio Global | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 93. Artio Global | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 94. Artio Global | A | Dividend | J | | Buy (add'l) | 08/31/12 | J | | |
| 95. Artio Global | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 96. Artio Global | A | Dividend | J | | Buy (add'l) | 09/13/12 | J | | |
| 97. Artio Global | A | Dividend | J | | Buy (add'l) | 09/28/12 | J | | |
| 98. Artio Global | A | Dividend | J | | Buy (add'l) | 11/01/12 | J | | |
| 99. Artio Global | A | Dividend | J | | Buy (add'l) | 11/30/12 | J | | |
| 100. Artio Global | A | Dividend | J | | Buy (add'l) | 12/28/12 | J | | |
| 101. Artisan Mid Cap | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 102. Artisan Mid Cap | A | Dividend | J | | Buy (add'l) | 09/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Artisan Mid Cap | A | Dividend | J | | Buy (add'l) | 12/20/12 | J | | |
| 104. Cohen & Steers Rlty | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 105. Cohen & Steers Rlty | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 106. Cohen & Steers Rlty | A | Dividend | J | | Buy (add'l) | 10/01/12 | J | | |
| 107. Cohen & Steers Rlty | A | Dividend | J | | Buy (add'l) | 12/14/12 | J | | |
| 108. E/V Global Mrco Abslute | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 109. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 110. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 09/04/12 | J | | |
| 111. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 112. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 10/01/12 | J | | |
| 113. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 11/01/12 | J | | |
| 114. E/V Global Mrco Abslute | A | Dividend | J | | Buy (add'l) | 12/03/12 | J | | |
| 115. FMI Fds Inc. Focus Fund | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 116. FMI Fds Inc. Focus Fund | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 117. FMI Fds Inc. Focus Fund | A | Dividend | J | | Buy (add'l) | 11/01/12 | J | | |
| 118. FMI Fds Inc. Focus Fund | A | Dividend | J | | Buy (add'l) | 12/31/12 | J | | |
| 119. John Hancock Global Abs Ret Str | A | Dividend | J | T | Buy | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. John Hancock Global Abs Ret Str | A | Dividend | J | | Buy (add'l) | 12/24/12 | J | | |
| 121. Highland - PVXIS Long/Short Equity Fund | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 122. Highland - PVXIS Long/Short Equity Fund | A | Dividend | J | | Buy (add'l) | 12/17/12 | J | | |
| 123. Mainstay - High Yield | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 124. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 125. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 08/01/12 | J | | |
| 126. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 09/04/12 | J | | |
| 127. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 128. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 09/28/12 | J | | |
| 129. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 11/02/12 | J | | |
| 130. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 12/03/12 | J | | |
| 131. Mainstay - High Yield | A | Dividend | J | | Buy (add'l) | 12/04/12 | J | | |
| 132. Managers Bond Fund | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 133. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 134. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 08/29/12 | J | | |
| 135. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 136. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 09/26/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 10/29/12 | J | | |
| 138. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 11/28/12 | J | | |
| 139. Managers Bond Fund | A | Dividend | J | | Buy (add'l) | 12/27/12 | J | | |
| 140. MFS Ser Emerging Market | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 141. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 142. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 08/01/12 | J | | |
| 143. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 09/04/12 | J | | |
| 144. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 145. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 10/01/12 | J | | |
| 146. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 11/01/12 | J | | |
| 147. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 12/03/12 | J | | |
| 148. MFS Ser Emerging Market | A | Dividend | J | | Buy (add'l) | 12/12/12 | J | | |
| 149. Metropolitan Wst | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 150. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 151. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 09/04/12 | J | | |
| 152. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 153. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 10/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 11/01/12 | J | | |
| 155. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 12/03/12 | J | | |
| 156. Metropolitan Wst | A | Dividend | J | | Buy (add'l) | 12/17/12 | J | | |
| 157. Pimpco - S Total Return | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 158. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 159. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 08/01/12 | J | | |
| 160. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 09/04/12 | J | | |
| 161. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 162. Pimpco - Commodity Real Return | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 163. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 164. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 09/21/12 | J | | |
| 165. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 12/13/12 | J | | |
| 166. Pimpco - Commodity Real Return | A | Dividend | J | | Buy (add'l) | 12/28/12 | J | | |
| 167. Pimpco - S Total Return | A | Dividend | J | T | Buy (add'l) | 10/01/12 | J | | |
| 168. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 11/01/12 | J | | |
| 169. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 12/03/12 | J | | |
| 170. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 12/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pimpco - S Total Return | A | Dividend | J | | Buy (add'l) | 12/28/12 | J | | |
| 172. Highland - Pyxis Long/Short Equity | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 173. Thornburg Intl Value | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 174. Thornburg Intl Value | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 175. Thornburg Intl Value | A | Dividend | J | | Buy (add'l) | 09/25/12 | J | | |
| 176. Thornburg Invt | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 177. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 07/31/12 | J | | |
| 178. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 09/10/12 | J | | |
| 179. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 09/25/12 | J | | |
| 180. Thornburg Invt | A | Dividend | J | | Buy (add'l) | 12/26/12 | J | | |
| 181. Pioneer Oak Ridge | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 182. Pioneer Oak Ridge | A | Dividend | J | | Buy (add'l) | 11/28/12 | J | | |
| 183. Metropolitan Nashville | B | Interest | | | Redeemed | 07/02/12 | K | | |
| 184. Colgate Palmolive | C | Dividend | J | T | | | | | |
| 185. Duke Energy | A | Dividend | J | T | | | | | |
| 186. Fidelity Adv Health Care | B | Dividend | J | T | | | | | |
| 187. Johnson & Johnson | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Lowes Companies | A | Dividend | J | T | | | | | |
| 189. Nuveen Credit Strat Incm | A | Dividend | J | T | | | | | |
| 190. Nuveen Equ Prem Opport | A | Dividend | J | T | | | | | |
| 191. Pepco Holdings | A | Dividend | J | T | | | | | |
| 192. Sourthern Company | A | Dividend | J | T | | | | | |
| 193. Sysco Corporation | A | Dividend | J | T | | | | | |
| 194. Hallsdale (Bond) - Powell Utillity Dist. Knox Co. TN Wtr/Swr | B | Interest | J | T | | | | | |
| 195. TN State (Bond) - Ser A General Obligation UNLTD B/E | A | Interest | J | T | | | | | |
| 196. Alcatel - Lucent ADR | | None | J | T | | | | | |
| 197. Lowes | | None | K | T | | | | | |
| 198. AQR Managed Future Strategy | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 199. AQR Managed Future Strategy | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 200. Arbitrage | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 201. Arbitrage | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 202. Arbitrage | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 203. Arbitrage | A | Dividend | J | T | Sold (part) | 09/12/12 | J | | |
| 204. FMI Focus Fund | A | Dividend | J | T | Buy | 07/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. FMI Focus Fund | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 206. Goldman - Sachs TR FINL Square Treas | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 207. Goldman - Sachs TR FINL Square Treas | A | Dividend | J | T | Sold (part) | 10/12/12 | J | | |
| 208. Harbor - Appreciation | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 209. Harbor - Appreciation | A | Dividend | J | | Buy (add'l) | 09/13/12 | J | | |
| 210. Harbor - Appreciation | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 211. Heartland Value Plus | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 212. Heartland Value Plus | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 213. JP Morgan - Intrepid Value | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 214. JP Morgan - Intrepid Value | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 215. JP Morgan - Research Market Neutral | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 216. JP Morgan - Research Market Neutral | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 217. JP Morgan - Research Market Neutral | A | Dividend | J | | Sold (part) | 09/12/12 | J | | |
| 218. Oppenheimer - Dev Market | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 219. Oppenheimer - Dev Market | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |
| 220. Oppenheimer - International (Bond) | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 221. Oppenheimer - International (Bond) | A | Dividend | J | | Sold (part) | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. RS - INVT TR - Value | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 223. RS - INVT TR Value | A | Dividend | | | Sold | 09/10/12 | J | | |
| 224. RS - INVT TR Value | A | Dividend | | | Sold | 09/12/12 | J | | |
| 225. Russell - Global Infrastructure | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 226. Russell - Global Opportunistic | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 227. Russell - Global Opportunistic | A | Dividend | | | Sold (part) | 07/30/12 | J | | |
| 228. TCW - Small Cap Growth | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 229. TCW - Small Cap Growth | A | Dividend | | | Sold (part) | 09/10/12 | J | | |
| 230. TCW - Small Cap Growth | A | Dividend | | | Sold (part) | 09/12/12 | J | | |
| 231. Turner - Spectrum | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 232. Turner - Spectrum | A | Dividend | | | Sold (part) | 09/10/12 | J | | |
| 233. Russell - Commodity Strategies | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 234. Russell - Emerging Markets | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 235. Russell - Global Equity | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 236. Russell - International Developed | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 237. Russell - Global Real Estate | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 238. Russell - US Defensive Equity | A | Dividend | J | T | Sold (part) | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Russell - US Defensive Equity | A | Dividend | | | Sold (part) | 07/30/12 | J | | |
| 240. Russell - Strategic Bond | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 241. Russell - US Core Equity | A | Dividend | J | T | Sold (part) | 04/13/12 | J | | |
| 242. Russell - US Core Equity | A | Dividend | | | Sold (part) | 07/30/12 | J | | |
| 243. Russell - US Small Cap | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 244. Artio Global Total Return | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 245. Artio Global Total Return | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 246. Artisan Funds Midcap Value | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 247. Artisan Funds Midcap Value | A | Dividend | | | Buy (add'l) | 09/13/12 | J | | |
| 248. Cohen & Steers Rlty Shares | A | Distribution | J | T | Buy | 07/31/12 | J | | |
| 249. Eaton/Vance Global MacroAbsolute Return | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 250. Eaton/Vance Global MacroAbsolute Return | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 251. John Hancock Global Absolute Return | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 252. Mainstay Hi Yield | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 253. Mainstay Hi Yield | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 254. Managers Bond Fund | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 255. Managers Bond Fund | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. MFS Ser Emerging Markets | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 257. MFS Ser Emerging Markets | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 258. Metropolitan West | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 259. Metropolitan West | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 260. Pimpco Total Return | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 261. Pimpco Total Return | A | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 262. Pyxis Long/Short Equity | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 263. Thornburg - International | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 264. Thornburg - Investment | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 265. Thornburg - Investment | B | Dividend | | | Buy (add'l) | 09/10/12 | J | | |
| 266. Pioneer Oak Ridge | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 267. Turner - Spectrum | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 268. Metropolitan Nashville & Davidson Co. TN H&E FACS Boards | A | Interest | | | Redeemed | 03/29/12 | K | | |
| 269. Nuveen Equ Prem Oppor | B | Dividend | K | T | | | | | |
| 270. Knoxville TN Waste Water Sys Rev Impt Ser A | C | Interest | L | T | | | | | |
| 271. TN Housing Dev Agy Homeownership | B | Interest | K | T | | | | | |
| 272. Williamsn Co. TN School Dist. G/O UNLTD B/E | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Colgate Palmolive | C | Dividend | M | T | | | | | |
| 274. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 275. Sysco Corp | A | Dividend | J | T | | | | | |
| 276. OneOk Partners | A | Dividend | J | T | | | | | |
| 277. MetLife Variable Annuity - AQR Global Risk Balanced | | None | K | T | | | | | |
| 278. MetLife Variable Annuity - Alliance Bernstein Global | | None | K | T | | | | | |
| 279. MetLife Variable Annuity - MetLife Balanced Plus | | None | K | T | | | | | |
| 280. MetLife Variable Annuity - BlackRock Global TCT Strat | | None | K | T | | | | | |
| 281. Memphis - Shelby Cnty TN | C | Interest | | | Redeemed | 11/01/12 | K | | |
| 282. White House UD - Robertson & Sumner Cnty | B | Interest | | | Redeemed | 01/03/12 | K | | |
| 283. Amer Balanced | B | Dividend | M | T | | | | | |
| 284. CBL & Assoc | B | Dividend | K | T | | | | | |
| 285. Delhaize Group | A | Dividend | J | T | | | | | |
| 286. Du Pnt - Nemours & Co | C | Dividend | L | T | | | | | |
| 287. EuroPacific Growth | C | Dividend | M | T | | | | | |
| 288. Income Fund America | B | Dividend | L | T | | | | | |
| 289. Microsoft Corp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 09/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. New World Fund | A | Dividend | L | T | | | | | |
| 291. Nuveen Equ Prem Oppor | A | Dividend | L | T | | | | | |
| 292. Wells Fargo Co | A | Dividend | J | T | | | | | |
| 293. Werner Enterprises | B | Dividend | K | T | | | | | |
| 294. Hallsdale Powell Utility Dist. Knox Co. TN Water/Sewer | B | Interest | K | T | | | | | |
| 295. Knoxville TN Waste Water Sys Rev Impt Series A | C | Interest | J | T | | | | | |
| 296. Memphis TN Gen - Impt Ser A G/O Unltd | B | Interest | L | T | | | | | |
| 297. Met Govt Nashville & Davidson Co. TN H&E FACS Board | C | Interest | L | T | | | | | |
| 298. TN Housing Dev Agency Homeownership | A | Interest | L | T | | | | | |
| 299. One Ok Partners | E | Dividend | N | T | | | | | |
| 300. Tengasco | A | Dividend | J | T | | | | | |
| 301. | | | | | | | | | |
| 302. | | | | | | | | | |
| 303. | | | | | | | | | |
| 304. | | | | | | | | | |
| 305. | | | | | | | | | |
| 306. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 23 of 24

Name of Person Reporting

Inman, Dennis H.

Date of Report

09/03/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 72 - is the same mutual fund as the one reported in 2011 Line 14

Part VII Line 91 - is the same mutual fund as the one reported in 2011 Line 19, it was sold 7/30/12

Part VII Line 80 - is the same mutual fund as the one reported in 2011 Line 22

Line 32 on the 2011 report was sold on 12/28/11 therefore it is not being reported on the 2012 report

Part VII Line 69 - is the same as Line 38 in the 2011 report

Part VII Line 70 - is the same as Line 39 in the 2011 report

Part VII Line 296 - is the same as Line 73 in the 2011 report

Line 84 on the 2011 report was sold on 12/28/11 therefore it is not being reported on the 2012 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis H. Inman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544